IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Cr. No. 05-20103-M1

YAW OPARE DIGGS,

    Defendant.

FILED BY _____ D.C.
05 MAY 11 PM 5:06
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

## ORDER ON ARRAIGNMENT

This cause came to be heard on __5/4/5__. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained/appointed:

NAME: CUFF HAKVIEL
ADDRESS:
TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his/her present bond.

___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

                                                              S. Thomas Anderson
                                                              United States Magistrate Judge

Charges:    bulk cash smuggling

Assistant U.S. Attorney assigned to case: Godwin

The defendant's age is: N/A.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-12-05

(13)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CR-20103 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT