```
                IN THE UNITED STATES DISTRICT COURT            FILED BY _____ D.C.
              FOR THE WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION                     05 JUL 25 AM 6:42

                                                               THOMAS M. GOULD
                                                               CLERK, U.S. DISTRICT COURT
                                                               W/D OF TN, MEMPHIS
```

UNITED STATES OF AMERICA          )
                                  )
    Plaintiff,                    )
                                  )
VS.                               )    CR. NO. 05-20103-Ml
                                  )
YAW OPARE DIGGS                   )
                                  )
    Defendant.                    )
                                  )

## ORDER ON CHANGE OF PLEA

    This cause came to be heard on July 22, 2005, the United States Attorney for this district, Fred Godwin, appearing for the Government and the defendant, Yaw Opare Diggs, appearing in person and with counsel, Clifton Harviel, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment Additionally, the defendant agreed to forfeit to the United States $16,000.00 set forth in Count 3.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **FRIDAY, OCTOBER 14, 2005, at 9:00 a.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

    Defendant is allowed to remain released on present bond.

    **ENTERED** this the 22 day of July, 2005.

                                                JON PHIPPS McCALLA
                                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-25-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20103 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT